B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
Southern District of Texas

In re __Windsor at Grand Parkway, L.P.__,  Case No. __09-31469-H5-11__
Debtor

Chapter __11__

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 3 | $13,700,000.00 | | |
| B - Personal Property | Yes | 3 | $1,616,702.65 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $13,361,569.29 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $12,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $758,125.59 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | $0.00 |
| J - Current Expenditures of Individual Debtors(s) | No | 0 | | | $0.00 |
| TOTAL | | 16 | $15,316,702.65 | $14,131,694.88 | |

B6A (Official Form 6A) (12/07)

In re __Windsor at Grand Parkway, L.P._____,  Case No. _____
  **Debtor**  (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| See attached legal description | Fee simple | | 13,700,000.00 | $13,349,927.13* <br><br> *(as of 12/18/08) |
| | | Total▶ | 13,700,000.00 | |

(Report also on Summary of Schedules.)

βC

## EXHIBIT A

## LEGAL DESCRIPTION OF PROPERTY

The Property is located in Harris County, Texas, and is legally described as follows:

TRACT 1:

A PARCEL OF LAND CONTAINING 7.3357 ACRES (319,541 SQUARE FEET) MORE OR LESS, BEING RESTRICTED RESERVE "A", BLOCK 1, FALCON SQUARE RETAIL CENTER, AS RECORDED IN FILM CODE NO. 561113, MAP RECORDS, HARRIS COUNTY, TEXAS AND BEING THAT CERTAIN 7.3357 ACRE TRACT CONVEYED FROM HOUSTON FRUITLAND, INC. AND JUI-CHU JEN TO GRAND PARKWAY TIMES SQUARE, LTD., AS RECORDED IN COUNTY CLERK'S FILE NO. X486078, OFFICIAL PUBLIC RECORDS OF REAL PROPERTY, HARRIS COUNTY, TEXAS, O.P.R.R.P.H.C.T., SAID 7.3357 ACRE TRACT BEING SITUATED IN THE C.P. COLLIS SURVEY, ABSTRACT NO. 1330, IN HARRIS COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS AS FOLLOWS:

**BEGINNING** AT A FOUND 5/8 INCH IRON ROD IN THE SOUTH LINE OF WEST FERNHURST DRIVE, 90 FOOT RIGHT-OF-WAY, FOR THE NORTHEAST CORNER OF RESTRICTED RESERVE "A", MILLSTONE APARTMENTS, AS RECORDED IN, FILM CODE NO. 527098, MAP RECORDS, HARRIS COUNTY, TEXAS, SAME BEING THE NORTHWEST CORNER OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER;

**THENCE**, WITH THE SAID SOUTH LINE OF WEST FERNHURST DRIVE, SAME BEING THE MOST NORTHERLY LINE OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER, THE FOLLOWING (4) FOUR COURSES AND DISTANCES:

A DISTANCE OF 282.40 FEET ALONG THE ARC OF A CURVE TO THE RIGHT, HAVING A RADIUS OF 700.00 FEET, A CENTRAL ANGLE OF 23° 06' 53", AND A CHORD WHICH BEARS N 79° 17' 27" E, A DISTANCE OF 280.49 FEET TO A SET 5/8 INCH IRON ROD WITH CAP STAMPED CIVIL-SURV, FOR A POINT OF TANGENCY,
S 89° 09' 07" E, A DISTANCE OF 150.00 FEET TO A SET 5/8 INCH IRON ROD WITH CAP STAMPED CIVIL-SURV, FOR A POINT OF CURVATURE,
A DISTANCE OF 19.09 FEET ALONG THE ARC OF A CURVE TO THE RIGHT, HAVING A RADIUS OF 500.00 FEET, A CENTRAL ANGLE OF 02° 11' 14", AND A CHORD WHICH BEARS S 88° 03' 30" E, A DISTANCE OF 19.09 FEET TO A SET "X" CUT ON CONCRETE, FOR A POINT OF TANGENCY, AND
S 86° 57' 53" E, A DISTANCE OF 39.92 FEET TO A SET 5/8 INCH IRON ROD WITH CAP STAMPED CIVIL-SURV, FOR THE NORTHWEST CORNER OF RESTRICTED RESERVE "A", BLOCK 1, FERNHURST AT GRAND PARKWAY, AS RECORDED IN FILM CODE NO. 583284, MAP RECORDS, HARRIS COUNTY, TEXAS, SAME BEING THE MOST NORTHERLY NORTHEAST CORNER OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER, FROM WHICH A FOUND 5/8 INCH IRON ROD WITH CAP, FOR A POINT OF CURVATURE, BEARS S 86° 57' 53" E, 71.99 FEET;

**THENCE**, S 00° 28' 20" W, WITH THE WEST LINE OF SAID RESTRICTED RESERVE "A", FERNHURST AT GRAND PARKWAY, SAME BEING THE MOST NORTHERLY EAST LINE OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER, A DISTANCE OF 217.79 FEET TO A SET 5/8 INCH IRON ROD WITH CAP STAMPED CIVIL-SURV, FOR THE SOUTHWEST CORNER OF SAID RESTRICTED RESERVE "A", FERNHURST AT GRAND PARKWAY, SAME BEING AN INTERIOR CORNER OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER;

THENCE, S 89° 31' 40" E, WITH THE SOUTH LINE OF SAID RESTRICTED RESERVE "A", FERNHURST AT GRAND PARKWAY, SAME BEING THE MOST EASTERLY NORTH LINE OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER, A DISTANCE OF 241.00 FEET TO A FOUND 5/8 INCH IRON ROD, IN THE WEST LINE OF GRAND PARKWAY (STATE HIGHWAY 99), 400 FOOT RIGHT-OF-WAY, FOR THE SOUTHEAST CORNER OF SAID RESTRICTED RESERVE "A", FERNHURST AT GRAND PARKWAY, SAME BEING THE MOST EASTERLY NORTHEAST CORNER OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER, FROM WHICH A FOUND 5/8 INCH IRON ROD, FOR THE MOST EASTERLY CUTBACK CORNER AT THE INTERSECTION OF THE SAID WEST LINE OF GRAND PARKWAY, WITH THE SAID SOUTH LINE OF WEST FERNHURST DRIVE, SAME BEING THE MOST EASTERLY NORTHEAST CORNER OF SAID RESTRICTED RESERVE "A", FERNHURST AT GRAND PARKWAY, BEARS N 00° 28' 20" E, 198.10 FEET;

THENCE, S 00° 28' 20" W, WITH THE SAID WEST LINE OF GRAND PARKWAY, SAME BEING THE MOST EASTERLY LINE OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER, A DISTANCE OF 300.00 FEET TO A FOUND 5/8 INCH IRON ROD, FOR THE NORTHEAST CORNER OF RESTRICTED RESERVE "A", BLOCK 1, KATY VILLAGE, AS RECORDED IN FILM CODE NO. 586121, MAP RECORDS, HARRIS COUNTY, TEXAS, SAME BEING THE SOUTHEAST CORNER OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER;

THENCE, N 89° 31' 40" W, WITH THE NORTH LINE OF SAID RESTRICTED RESERVE "A", KATY VILLAGE, SAME BEING THE SOUTH LINE OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER, A DISTANCE OF 725.13 FEET TO A FOUND 5/8 INCH IRON ROD, IN THE EAST LINE OF SAID RESTRICTED RESERVE "A", MILLSTONE APARTMENTS, SAME BEING THE SOUTHWEST CORNER OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER;

THENCE, N 00° 28' 20" E, WITH THE SAID EAST LINE OF RESTRICTED RESERVE "A", MILLSTONE APARTMENTS, SAME BEING THE WEST LINE OF SAID RESTRICTED RESERVE "A", FALCON SQUARE RETAIL CENTER, A DISTANCE OF 466.68 FEET TO THE **POINT OF BEGINNING** AND CONTAINING 7.3357 ACRES (319,541 SQUARE FEET) OF LAND MORE OR LESS.

TRACT II:

Easement rights as set out in that certain Reciprocal Easement Agreement by and between Grand Parkway Katy Village L.P., Grand Parkway Times Square, L.P. and Fernhurst Trust as set forth and more fully defined in instrument dated March 24, 2005 and filed for record under Harris County Clerk's File No. Y347058.

THIS DOCUMENT DRAFTED BY:

Kathy Yip
BEST & FLANAGAN LLP
225 South Sixth Street
Suite 4000
Minneapolis, Minnesota 55402-4690
(612) 341-9707

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL PROPERTY BECAUSE OF COLOR OR RACE IS INVALID AND UNENFORCEABLE UNDER FEDERAL LAW
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in File Number Sequence on the date and at the time stamped hereon by me, and was duly RECORDED in the Official Public Records of Real Property of Harris County, Texas on

MAR 2 4 2006

COUNTY CLERK
HARRIS COUNTY, TEXAS

016075/250131/425635_1

B 6B (Official Form 6B) (12/07)

In re  Windsor at Grand Parkway, L.P.          ,         Case No. _____
           **Debtor**                                                                                                       **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Tradition Bank, 1515 South Grand Parkway, Katy, TX | | 9,337.65 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Hartford Property and General Liability | | NO CASH VALUE |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Windsor at Grand Parkway, L.P._____,          Case No. _____
            **Debtor**                                                                                     **(If known)**

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | Monies Owed 402 W Grand Parkway S, #110, Katy TX 77494 | | 1,607,365.00 * |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | Included in 16 above | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Claims against Wells Fargo Trustee for failure to provide complete accounting and improper acceleration | | unknown |

*Full face value of amount owed - May not be fully collectible.

B 6B (Official Form 6B) (12/07) -- Cont.

In re  Windsor at Grand Parkway, L.P.                ,         Case No. _____
       Debtor                                                                                  (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

                _____ continuation sheets attached   Total➤   $   1,616,702.65
(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B 6D (Official Form 6D) (12/07)

In re  Windsor at Grand Parkway, L.P.         ,  Case No. _____
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

　　　　State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.
　　　　List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.
　　　　If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."
　　　　If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)
　　　　Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐　Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 35-8100240 Wells Fargo Bank, NA Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage** | | | September 13, 2005, Deed of Trust $13,700,000.00 VALUE $ | | | X | 13,349,927.13 (Principal as of 12-18-08) | UNKNOWN |
| ACCOUNT NO. **Pass-ThroughCertificates Series 2006-C23 c/o Wachovia Securities Real Estate & Financial** | | | VALUE $ | | | | | |
| ACCOUNT NO. **Services, Investment Banking, 201 S. College St., NC 1075, 9th Floor, Charlotte, NC 28244-1075 | | | VALUE $ | | | | | |
| _1_ continuation sheets attached | | | Subtotal ▶ (Total of this page) | | | | $ 13,349,927.13 | $ |
| | | | Total ▶ (Use only on last page) | | | | $ | $ |
| | | | | | | | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

8C

B 6D (Official Form 6D) (12/07) – Cont.                                                                                                                          2

In re   Windsor at Grand Parkway, L.P.           ,       Case No. _____
           **Debtor**                                                                        (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. JNL Plumbing, Inc. 16727 Spring Barker Cypress Cypress, TX 77469 | | | M&M Lien for labor & materials value: $13,700,000.00 VALUE $ | | | | 11,642.16 | UNKNOWN |
| ACCOUNT NO. Steven J. Lownds Quilling, Selender, Cummiskey & Lounds, PC, 2001 Bryan Street,* | | | Notice Purposes VALUE $ | | | X | | |
| ACCOUNT NO. *Suite 1800, Dallas, TX, 75201, Attorney for Wells Fargo, Trustee | | | VALUE $ | | | | | |
| ACCOUNT NO. Wells Fargo Bank, NA CMBS Department 1015 10th Avenue SE Minneapolis MN55414 | | | Notice Purposes VALUE $ | | | X | | |
| ACCOUNT NO. CWCapital Asset Mgmt LLC, 701 13th St. NW, Ste 1000 Washington DC20005 | | | Notice Purposes VALUE $ | | | X | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal (s)► (Total(s) of this page)   $ 11,642.16   $

Total(s) ► (Use only on last page)   $ 13,361,569.29   $

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B 6E (Official Form 6E) (12/07)

In re  Windsor at Grand Parkway, L.P.          ,          Case No._____
                        Debtor                                          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."     If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts <u>not</u> entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

B 6E (Official Form 6E) (12/07) – Cont.

In re  Windsor at Grand Parkway, L.P.         ,   Case No._____
                        **Debtor**                                                      (if known)

☐ **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

   Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                                           __1__ continuation sheets attached

B 6E (Official Form 6E) (12/07) – Cont.

In re  Windsor at Grand Parkway, L.P.          ,   Case No. _____
              Debtor                                                            (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>State Comptroller 111 East 17th Street Austin, TX 78774-0100 | | | Franchise Taxes 2008 | | | | 12,000.00 (estimated) | 12,000.00 | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals▶ (Totals of this page)  $ 12,000.00    $ 12,000.00    0.00

Total▶
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ 12,000.00

Totals▶
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ 12,000.00   $ 0.00

B 6F (Official Form 6F) (12/07)

In re  Windsor at Grand Parkway, L.P.  ,  Case No. _____
             Debtor                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>L&L Maintenance<br>3407 Randy Lane<br>Katy, Texas 77449 | | | Lawn Service, 2009 | | | | 1,650.00 |
| ACCOUNT NO.<br><br>Allied Waste Services<br>13630 Fondren Road<br>Houston, Texas 77085-2012 | | | Trash Service, 2009 | | | | 640.00 |
| ACCOUNT NO.<br><br>Wirtcrest Co.<br>32802 Waltham Crossing<br>Fulshear, Texas 77441 | | | Management Fees, 2009 | | | | 3,000.00 |
| ACCOUNT NO.<br><br>The Strother Law Firm<br>4545 Mount Vernon<br>Houston, Texas 77006 | | | Legal Fees, 2009 | | | | 300.00 |
| | | | | | | Subtotal ▶ | $ 5,590.00 |
| _1_ continuation sheets attached | | | | | | Total ▶<br>(Use only on last page of the completed Schedule F.)<br>(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ |

RC

B 6F (Official Form 6F) (12/07) - Cont.

In re  Windsor at Grand Parkway, L.P.            ,        Case No. _____
                       Debtor                                                       (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Civil-Surv Land Surveying, LC, 4710 Bellaire Blvd. #250 Bellaire, Texas 77401 | | | Survey, 2005 | | | | 2,235.59 |
| ACCOUNT NO.<br>Cycorp Financial Group 5411 Grape Houston, Texas 77096 | | | Accounting, 2009 | | | | 300.00 |
| ACCOUNT NO.<br>Carole Chapman 199 Silverspring Drive Cincinnati, Ohio 45238 | | | Monies Owed, 2008 | | | | 750,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶   $   752,535.59

Total▶   $   758,125.59
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6G (Official Form 6G) (12/07)

In re  Windsor at Grand Parkway, L.P.        ,          Case No._____
                     **Debtor**                                          (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Wirtcrest Co.<br>32802 Waltham Crossing<br>Fulshear, Texas 77441 | Commercial Property Management Agreement |
| Live Oaks Christian Fellowship<br>402 W. Grand Parkway South, Suite 140<br>Katy, Texas 77494 | Church - Month-to-Month Lease |
| See Attached | |
| | |
| | |
| | |

| Windsor at Grand Parkway | | |
|---|---|---|
| Tenant Mailing addresses | | |
| 15-Feb-09 | | |
| 1 Allie's Steak House | 402 W. Grand Parkway, Ste. 102 | Katy, TX 77494 |
| 2 Ceramics By Tess | 402 W. Grand Parkway, Ste. 115 | Katy, TX 77494 |
| 3 China Inn | 402 W. Grand Parkway, Ste. 108 | Katy, TX 77494 |
| 4 Floor 4 You | 402 W. Grand Parkway, Ste. 104 | Katy, TX 77494 |
| 5 Mimosa's Nail Salon | 402 W. Grand Parkway, Ste. 105 | Katy, TX 77494 |
| 6 Mimosa's Nail Salon Expansion | 402 W. Grand Parkway, Ste. 105 | Katy, TX 77494 |
| 7 Quizno's | 402 W. Grand Parkway, Ste. 103 | Katy, TX 77494 |
| 8 Serenity Salon | 402 W. Grand Parkway, Ste. 112 | Katy, TX 77494 |
| 9 Silver Eagle | 402 W. Grand Parkway, Ste. 114 | Katy, TX 77494 |
| 10 State Farm Insurance | 402 W. Grand Parkway, Ste. 100 | Katy, TX 77494 |
| 11 Wells Fargo Bank | Attention: Charles L. Fields | Wells Fargo Center 801 Travis, 15th Floor MAC #T5004-155 | Houston, TX 77002 |
| 12 Wet Pools | 402 W. Grand Parkway, Ste. 111 | Katy, TX 77494 |
| 13 Your Local Computer Store | 402 W. Grand Parkway, Ste. 106 | Katy, TX 77494 |
| 14 Times Square Entertainment | 402 W. Grand Parkway, Ste. 110 | Katy, TX 77494 |

B 6H (Official Form 6H) (12/07)

In re  Windsor at Grand Parkway, L.P.  ,           Case No. _____
                    **Debtor**                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Mr. Barry Chapman<br>18876 Harborside<br>Montgomery, TX 77356 | Limited Recourse Obligations Guaranty, Wells Fargo Bank, Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates,<br><br>Series 2006-C23<br>c/o Wachovia Securities Real Estate & Financial Services, Investment Banking, 201 S. College St., NC 1075, 9th Floor, Charlotte, NC 28244-1075 |
| Mr. John H. Hamilton<br>33203 West Hadon Court<br>Fulshear, TX 77441 | Limited Recourse Obligations Guaranty, Wells Fargo Bank, Trustee for the Registered Holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates,<br><br>Series 2006-C23<br>c/o Wachovia Securities Real Estate & Financial Services, Investment Banking, 201 S. College St., NC 1075, 9th Floor, Charlotte, NC 28244-1075 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re _____ ,   Case No. _____
           Debtor                                            (if known)


# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature: _____
                                                        Debtor

Date _____   Signature: _____
                                                        (Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          Social Security No.
Printed or Typed Name and Title, if any,   (Required by 11 U.S.C. § 110.)
of Bankruptcy Petition Preparer

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____
_____
Address

X _____          _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the **managing member of general partner** [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership ] of the **Windsor at Grand Parkway LP** [corporation or partnership] named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **17** sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date **3/13/09**          Signature: **Barry Chapman**

**Barry Chapman, Managing Member of Nala Group Management, LLC, General Partner of Debtor**
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.